# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY TAYLOR

NO. 2026 KW 0359

**MAY 18, 2026**

---

In Re:  Anthony Taylor, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-21-02672.

---

**BEFORE:**  **McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's application for postconviction relief, filed March 26, 2025, on or before July 23, 2026, and to provide this court with a copy of its ruling by July 30, 2026.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT